UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERRICK HOWARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-5014** |
| **BURL CAIN, WARDEN** | * | **SECTION: "J"(6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15) and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the State's original response (rec. doc 11), wherein the State submitted that the instant action was untimely, is hereby rejected, and the State shall submit, within thirty (30) days of entry of the instant order, a supplemental response addressing the merits of petitioner's habeas corpus application.

New Orleans, Louisiana, this 1st day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE