# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERRICK HOWARD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-5014** |
| **BURL CAIN, WARDEN** | * | **SECTION: "J"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Derrick Howard for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 23rd day of October, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE